## A13A1597. MYERS v. BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA.
(767 SE2d 46)

DOYLE, Presiding Judge.

In *Myers v. Bd. of Regents of the Univ. System of Ga.*,[1] this Court reversed the trial court's dismissal of Kimberly A. Myers's tort claim. The Supreme Court of Georgia reversed that opinion in *Bd. of Regents of the Univ. System of Ga. v. Myers*.[2] We therefore vacate our earlier opinion, adopt the Supreme Court's opinion as our own, and affirm the judgment of the trial court.

*Judgment affirmed. McFadden and Boggs, JJ., concur.*

DECIDED DECEMBER 12, 2014.

*McMahan Law Firm, Barton C. Solomon, Jay R. McCurdy*, for appellant.

*Samuel S. Olens, Attorney General, Ronald S. Boyter, Jr., Sharon P. Horne, Assistant Attorneys General*, for appellee.

---

[1] 324 Ga. App. 685 (751 SE2d 490) (2013).
[2] 295 Ga. 843 (764 SE2d 543) (2014).